No. 569.  ANDERSON-PRICHARD OIL CORP. *v.* CORPORATION COMMISSION OF OKLAHOMA ET AL.  *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question.  *W. H. Brown* for appellant.  *Ralph W. Garrett* for the Sinclair Oil & Gas Co.; and *Paul Pinson* for the Oklahoma Natural Gas Co., appellees.

No. 552.  TERRA ET AL. *v.* NEW YORK.  *Per Curiam:* The appeal is dismissed for the want of a substantial federal question.  *Ira H. Morris* for appellants.

No. 555.  MORTGAGE FINANCE CORP. ET AL. *v.* WATSON, REAL ESTATE COMMISSIONER.

*Per Curiam:* The appeal is dismissed for the want of a substantial federal question.  *Arthur L. Johnson* for appellants.

No. 565.  SHELL OIL CO., INC. *v.* BOARD OF COUNTY COMMISSIONERS OF GRANT COUNTY ET AL.  *Per Curiam:* The appeal is dismissed for the want of a substantial federal question.  *Geo. W. Cunningham* and *Kirke W. Dale* for appellant.

No. 574.  EACHUS *v.* COLORADO.  *Per Curiam:* The appeal is dismissed for the want of a substantial federal question.  *C. J. Moynihan* for appellant.